UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY G. FUTURE, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:16-2346 |
| v. | : | (JUDGE MANNION) |
| WARDEN TAMMY FERGUSON, | : | |
| Respondent | : | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: June 27, 2022**
16-2346-01-ORDER